IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

LUCY D. CRUZ-BERRIOS,

Plaintiff,

v.

COOPERATIVA DE FARMACIA SANTA TERESITA,

Defendant.

CIV. NO.: 13-1306(SCC)

**FINAL JUDGMENT**

Pursuant to the settlement agreement filed at Docket No. 48, this case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce compliance with the settlement agreement.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 16th day of September, 2014.

S/ SILVIA CARREÑO-COLL
UNITED STATES MAGISTRATE JUDGE